B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Symphonic Voyages Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>26-4184632 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br><br>600 S Dearborn #1012<br>Chicago, IL | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code 60605 | ZIP Code |
| County of Residence or of the Principal Place of Business:<br><br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
See Exhibit D on page 2 of this form.
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Symphonic Voyages Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Symphonic Voyages Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Gina B. Krol
   Signature of Attorney for Debtor(s)

   Gina B. Krol 6187642
   Printed Name of Attorney for Debtor(s)

   Cohen & Krol
   Firm Name
   105 West Madison Street
   Suite 1100
   Chicago, IL 60602-4600
   Address

   312.368.0300  Fax: 312.368.4559
   Telephone Number
   December 29, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Eric Stassen
   Signature of Authorized Individual
   Eric Stassen
   Printed Name of Authorized Individual
   President
   Title of Authorized Individual
   December 29, 2011
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    Symphonic Voyages Inc.                                 ,     Case No. _____

                                            Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 58,790.78 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 12 | | 150,753.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 770,394.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 58,790.78 | | |
| Total Liabilities | | | | 921,148.59 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Symphonic Voyages Inc.                                 ,     Case No. _____

                                             Debtor

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   Symphonic Voyages Inc.                                    ,   Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    Symphonic Voyages Inc.                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase business checking<br>Chase business savings | -<br>- | 20,333.00<br>56.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD of Ligeti String Quartets by Parker Quartet (6 copies); CD of Vilvaldi 4 Seasons by Cho-Liang Lin (11 copies) | - | 170.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Canon Vixia HG-21 Camcorder Canon DM-100 External Microphone | - | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        20,959.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   Symphonic Voyages Inc.                                              ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | E-online data reserve account (for CC chargebacks) (amount as of 11/23) | - | 36,831.78 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                              Sub-Total >        36,831.78
                                                           (Total of this page)

Sheet  1  of  2  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Symphonic Voyages Inc.                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | "Symphonic Voyages" and logo are trademarked | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Online Orders, Excel Spreadsheets and hard copy backup | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Apple iMac desktop computer, HP printer, Epson scanner, simple tech external hard drive, AT&T landline phone, Acer laptop computer, and miscallaneous pens, paper, envelopes etc. | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 58,790.78 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Symphonic Voyages Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re  Symphonic Voyages Inc.                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____11_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re      Symphonic Voyages Inc.                                                          , Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Passenger | | | | | |
| Albert & Janet Vidovich<br>5 Caruso Road<br>Rockaway, NJ 07866 | - | | | | | | 4,450.00 | 1,850.00<br>2,600.00 |
| Account No. | | | Passenger | | | | | |
| Art & Kathy Lewandowski<br>845 S Chatham Ave<br>Elmhurst, IL 60126 | - | | | | | | 4,450.00 | 1,850.00<br>2,600.00 |
| Account No. | | | Passenger | | | | | |
| Audrey Melkin<br>310 Lexington Ave<br>Apt 8B<br>New York, NY 10016 | - | | | | | | 2,225.00 | 0.00<br>2,225.00 |
| Account No. | | | Passenger | | | | | |
| Beatrice & Michael Sklarewitz<br>4025 Canario<br>Unit 241<br>Carlsbad, CA 92008 | - | | | | | | 3,401.56 | 3,401.56<br>0.00 |
| Account No. | | | Passenger | | | | | |
| Beatrice Gottlieb<br>501 W 123rd St #10H<br>New York, NY 10027 | - | | | | | | 2,225.00 | 0.00<br>2,225.00 |

Sheet __1__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 7,101.56 |
|---|---|---|
| | (Total of this page) | 16,751.56    9,650.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   Symphonic Voyages Inc. _____,   Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Passenger | | | | | | |
| Beatrice Young & Duane Barnes 520 W Huron St #419 Chicago, IL 60654 | - | | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No. | | | | Passenger | | | | | | |
| Beverly Schmidt 1220 Indian Trail Hinsdale, IL 60521 | - | | | | | | | 1,759.78 | 1,759.78 | 0.00 |
| Account No. | | | | Passenger | | | | | | |
| Carol Miller 6601 S Chickahauk Trl Middleton, WI 53562 | - | | | | | | | 2,225.00 | 0.00 | 2,225.00 |
| Account No. | | | | Passenger | | | | | | |
| Cecilia Cloughly & Frank Stott 4305 Piedmont Mesa Claremont, CA 91711 | - | | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No. | | | | Passenger | | | | | | |
| Connie & Edith Bernardi 1117 MacArthur Blvd. Munster, IN 46321 | - | | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |

Sheet  2   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 7,309.78 |
|---|---|---|
| | (Total of this page) | 17,334.78 | 10,025.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Passenger | | | | | | |
| David & Mona Swinehart 1105 E Southway Blvd Kokomo, IN 46902 | | - | | | | | | 2,581.56 | 2,581.56 | 0.00 |
| Account No. | | | | Passenger | | | | | | |
| Donald Neville 2413 Lombard St Philadelphia, PA 19146 | | - | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No. | | | | Passenger | | | | | | |
| Edith Cord 6167 Llanfair Dr Columbia, MD 21044 | | - | | | | | | 2,225.00 | 0.00 | 2,225.00 |
| Account No. | | | | Passenger | | | | | | |
| Eleanor & Douglas Wille 2006 Ashbrook Ct Leland, NC 28451 | | - | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No. | | | | Passenger | | | | | | |
| Eleanor & Douglas Wille 2006 Ashbrook Ct Leland, NC 28451 | | - | | | | | | 1,553.12 | 1,553.12 | 0.00 |

Sheet  3   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | Amount of Claim | Amount not entitled to priority |
|---|---|---|
| Subtotal | | 7,834.68 |
| (Total of this page) | 15,259.68 | 7,425.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| **Account No.** | | | | Passenger | | | | | | |
| Estelle Franklin 620 Whitingham Drive Silver Spring, MD 20904 | - | | | | | | | 2,225.00 | 0.00 | 2,225.00 |
| **Account No.** | | | | Passenger | | | | | | |
| Eugenia Ware 230 Mellen St. Holliston, MA 01746 | - | | | | | | | 2,225.00 | 0.00 | 2,225.00 |
| **Account No.** | | | | Passenger | | | | | | |
| Heather Folts 4631 SW Orchid Circle Corvallis, OR 97330 | - | | | | | | | 2,225.00 | 0.00 | 2,225.00 |
| **Account No.** | | | | Passenger | | | | | | |
| Ione & Sidney Moran 18 Hudson Circle Houston, TX 77024 | - | | | | | | | 3,081.56 | 3,081.56 | 0.00 |
| **Account No.** | | | | Passenger | | | | | | |
| Joel Horwich PO Box 1490 Belmont, NC 28012 | - | | | | | | | 1,600.00 | 1,600.00 | 0.00 |

Sheet __4__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | 11,356.56 | 4,681.56 | 6,675.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc.                         ,      Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | | | |
| Account No.<br><br>John Symons<br>3525 Bradley Lane<br>Chevy Chase, MD 20815 | | - | | Passenger | | | | 2,225.00 | 0.00<br><br>2,225.00 | |
| Account No.<br><br>Jon Marhenke<br>6937 Knollcreek Dr<br>Indianapolis, IN 46256 | | - | | Passenger | | | | 2,225.00 | 0.00<br><br>2,225.00 | |
| Account No.<br><br>Joseph & Katherine Wasserman<br>4601 5th Ave Apt 426<br>Pittsburgh, PA 15213 | | - | | Passenger | | | | 4,450.00 | 1,850.00<br><br>2,600.00 | |
| Account No.<br><br>Joyce & Paul D'Angelo<br>2123 Laurel Oak Way<br>Leland, NC 28451 | | - | | Passenger | | | | 4,363.12 | 4,363.12<br><br>0.00 | |
| Account No.<br><br>Judith & Norman Altenhoff<br>4619 Overlook Dr NE<br>Saint Petersburg, FL 33703 | | - | | Passenger | | | | 3,781.56 | 3,781.56<br><br>0.00 | |

Sheet _5_ of _11_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 9,994.68 |
|---|---|---|
| | (Total of this page) | 17,044.68 | 7,050.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc.                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Judith Dever<br>444 W 43rd Pl<br>Chicago, IL 60609 | - | | Passenger | | | | 2,098.00 | 2,098.00 | 0.00 |
| Account No.<br><br>Katherine & Edwin Pearson<br>18 Fort Pond Road<br>Acton, MA 01720 | - | | Passenger | | | | 1,525.00 | 1,525.00 | 0.00 |
| Account No.<br><br>Kathryn Campbell<br>PO Box 121743<br>Nashville, TN 37212 | - | | Passenger | | | | 2,225.00 | 0.00 | 2,225.00 |
| Account No.<br><br>Kenneth & Sheila Frahm<br>PO Box 849<br>Colby, KS 67701 | - | | Passenger | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No.<br><br>Lee Agree<br>2 Hamilton Rd Apt 1M<br>Morristown, NJ 07960 | - | | Passenger | | | | 2,225.00 | 0.00 | 2,225.00 |

Sheet  6   of  11   continuation sheets attached to          Subtotal                    5,473.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    12,523.00    7,050.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Passenger | | | | | | |
| Lois & Howard Redmond 10402 N Middleton Dr #19 Spokane, WA 99218 | - | | | | | | | | 2,981.56 | |
| | | | | | | | | 2,981.56 | | 0.00 |
| Account No. | | | | Passenger | | | | | | |
| Lois Lehrman 2146 W Isabella Ave Unit 105 Mesa, AZ 85202 | - | | | | | | | | 0.00 | |
| | | | | | | | | 2,225.00 | | 2,225.00 |
| Account No. | | | | Passenger | | | | | | |
| Maria Silvia Ribeiro do Valle Avenida dos Alecrins 77 Carapicuiba Sao Paulo 06364-510 Brazil | - | | | | | | | | 0.00 | |
| | | | | | | | | 2,225.00 | | 2,225.00 |
| Account No. | | | | Passenger | | | | | | |
| Marilyn Wallin 3 Apple Ridge Unit 6 Maynard, MA 01754 | - | | | | | | | | 1,250.00 | |
| | | | | | | | | 1,250.00 | | 0.00 |
| Account No. | | | | Passenger | | | | | | |
| Mary & Joseph Baldo 2615 Aster Road Port Republic, MD 20676 | - | | | | | | | | 1,850.00 | |
| | | | | | | | | 4,450.00 | | 2,600.00 |

Sheet __7__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 6,081.56 | |
| (Total of this page) | 13,131.56 | 7,050.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc.                                              Case No. _____
_____,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mary Marguerite Hopkins<br>5819 Ruatan St.<br>College Park, MD 20740 | - | | Passenger | | | | 2,081.56 | 2,081.56 | 0.00 |
| Account No.<br><br>Michael & Roberta Ellman<br>622 Maple St<br>Wilmette, IL 60091 | - | | Passenger | | | | 3,981.56 | 3,981.56 | 0.00 |
| Account No.<br><br>Muriel Jones<br>4785 Black bear Drive<br>Traverse City, MI 49685 | - | | Passenger | | | | 2,225.00 | 2,225.00 | 0.00 |
| Account No.<br><br>Nail Yucel<br>12500 Park Potomac Ave<br>Unit 807-S<br>Potomac, MD 20854 | - | | Passenger | | | | 2,225.00 | 0.00 | 2,225.00 |
| Account No.<br><br>Nancy Baillies<br>3928 Finch Trail<br>De Forest, WI 53532 | - | | Passenger | | | | 2,225.00 | 0.00 | 2,225.00 |

Sheet  8   of  11   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 8,288.12 | |
|---|---|---|---|
| | (Total of this page) | 12,738.12 | 4,450.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Passenger | | | | | |
| Norman Malone 5200 S Ellis Unit 509 Chicago, IL 60615 | | - | | | | | 2,225.00 | 0.00 / 2,225.00 |
| Account No. | | | Passenger | | | | | |
| Ralph Stalder 64180 No 703 Trail Salem, NE 68433 | | - | | | | | 2,225.00 | 0.00 / 2,225.00 |
| Account No. | | | Passenger | | | | | |
| Richard & Carol Chatelain 7732 Tomahawk Rd Prairie Village, KS 66208 | | - | | | | | 4,450.00 | 1,850.00 / 2,600.00 |
| Account No. | | | Passenger | | | | | |
| Robert & Edih Zinn 3400 Bissonnet Suite 250 Houston, TX 77005 | | - | | | | | 3,181.56 | 3,181.56 / 0.00 |
| Account No. | | | Passenger | | | | | |
| Robert & Marlene Wilson 12699 Road 40.5 Mancos, CO 81328 | | - | | | | | 3,214.33 | 3,214.33 / 0.00 |

Sheet 9 of 11 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 8,245.89
(Total of this page) | 15,295.89 | 7,050.00

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Passenger | | | | | |
| Robert & Mary Oie 522 Long Branch Ct Kokomo, IN 46901 | - | | | | | | | | 2,581.56 |
| | | | | | | | | 2,581.56 | 0.00 |
| Account No. | | | | Passenger | | | | | |
| Ronald & Bettye Ronning 704 Thye Court Northfield, MN 55057 | - | | | | | | | | 3,401.56 |
| | | | | | | | | 3,401.56 | 0.00 |
| Account No. | | | | Passenger | | | | | |
| Sandra & Steven Cotlar 7 Maple Lane Doylestown, PA 18901 | - | | | | | | | | 3,401.56 |
| | | | | | | | | 3,401.56 | 0.00 |
| Account No. | | | | Passenger | | | | | |
| Wendy Lindboe 10711 Larch Drive Glenn Dale, MD 20769 | - | | | | | | | | 2,081.56 |
| | | | | | | | | 2,081.56 | 0.00 |
| Account No. | | | | Passenger | | | | | |
| William & Nancy Child 301 7th St W Unit 2104 Northfield, MN 55057 | - | | | | | | | | 3,401.56 |
| | | | | | | | | 3,401.56 | 0.00 |

Sheet __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 14,867.80 |
| (Total of this page) | 14,867.80 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Symphonic Voyages Inc.                                              ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Passenger | | | | | | |
| William and April Jennings 19 Briar Hill Rd Feeding Hills, MA 01030 | - | | | | | | 4,450.00 | 1,850.00 | 2,600.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  11  of  11  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,850.00 |
|---|---|---|
| | | 4,450.00 | 2,600.00 |
| | Total | 81,728.63 |
| | (Report on Summary of Schedules) | 150,753.63 | 69,025.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     Symphonic Voyages Inc.                                        ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/23/2010 Personal Loan | | | | |
| Alayne Stassen N. 4433 350th Street Menomonie, WI 54751 | - | | | | | | | 200,000.00 |
| Account No. | | | | Passenger | | | | |
| Albert & Janet Vidovich 5 Caruso Road Rockaway, NJ 07866 | - | | | | | | | 753.12 |
| Account No. | | | | Vendor | | | | |
| American International Artists 356 Pine Valley Rd Hoosick Falls, NY 12090 | - | | | | | | | 10,000.00 |
| Account No. | | | | Vendor | | | | |
| American International Artists 356 Pine Valley Rd Hoosick Falls, NY 12090 | - | | | | | | | 2,500.00 |
| __10__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 213,253.12 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc. _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/18/11 Personal Loan | | | | |
| Art & Kathy Lewandowski 845 S. Chatham Ave. Elmhurst, IL 60126 | - | | | | | | | |
| | | | | | | | | 25,000.00 |
| Account No. | | | | Passenger | | | | |
| Art & Kathy Lewandowski 845 S Chatham Ave Elmhurst, IL 60126 | - | | | | | | | |
| | | | | | | | | 1,953.10 |
| Account No. | | | | Passenger | | | | |
| Audrey Melkin 310 Lexington Ave Apt 8B New York, NY 10016 | - | | | | | | | |
| | | | | | | | | 14.78 |
| Account No. | | | | Passenger | | | | |
| Beatrice Gottlieb 501 W 123rd St #10H New York, NY 10027 | - | | | | | | | |
| | | | | | | | | 176.56 |
| Account No. | | | | Passenger | | | | |
| Beatrice Young & Duane Barnes 520 W Huron St #419 Chicago, IL 60654 | - | | | | | | | |
| | | | | | | | | 1,103.12 |

Sheet no. _1_ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,247.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc.                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Vendor | | | | | |
| Boosey & Hawkes, Inc. 601 W 26th Street Suite 312 New York, NY 10001 | - | | | | | | | 75.00 |
| Account No. | | | Passenger | | | | | |
| Carol Miller 6601 S Chickahauk Tri Middleton, WI 53562 | - | | | | | | | 956.56 |
| Account No. | | | Passenger | | | | | |
| Cecilia Cloughly & Frank Stott 4305 Piedmont Mesa Claremont, CA 91711 | - | | | | | | | 753.12 |
| Account No. | | | Vendor | | | | | |
| Celebrity Cruises 1050 Caribbean Way Miami, FL 33132 | - | | | | | | | Unknown |
| Account No. | | | Credit Card | | | | | |
| Chase Business Visa Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | - | | | | | | | 12,695.85 |

Sheet no. _2_ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,480.53

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc. _____,    Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2-000 | | | | Vendor | | | | |
| Classical South Florida 330 SW Second St Suite 207 Fort Lauderdale, FL 33331 | - | | | | | | | 7,430.00 |
| Account No. | | | | Passenger | | | | |
| Connie & Edith Bernardi 1117 MacArthur Blvd. Munster, IN 46321 | - | | | | | | | 531.56 |
| Account No. | | | | Vendor | | | | |
| Courtyard by Marriott Airport South 1201 NW Le Jeune Road Miami, FL 33126 | - | | | | | | | 11,743.00 |
| Account No. | | | | Passenger | | | | |
| Donald Neville 2413 Lombard St Philadelphia, PA 19146 | - | | | | | | | 753.12 |
| Account No. | | | | Passenger | | | | |
| Edith Cord 6167 Llanfair Dr Columbia, MD 21044 | - | | | | | | | 877.56 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,335.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc.                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Elizabeth Hendrix<br>829 Green Manor Cir<br>Melbourne, FL 32904 | | - | | Passenger | | | | 3,919.56 |
| Account No.<br><br>Eric Stassen<br>600 S Dearborn #1012<br>Chicago, IL 60605 | | - | | 8/19/09-11/9/11<br>Personal Loan | | | | 411,806.94 |
| Account No.<br><br>Estelle Franklin<br>620 Whitingham Drive<br>Silver Spring, MD 20904 | | - | | Passenger | | | | 1,934.56 |
| Account No.<br><br>Eugenia Ware<br>230 Mellen St.<br>Holliston, MA 01746 | | - | | Passenger | | | | 1,934.56 |
| Account No. 1334<br><br>Glantz Design<br>2748 Garrison Ave<br>Evanston, IL 60201 | | - | | Vendor | | | | 4,190.90 |

Sheet no. __4__ of __10__ sheets attached to Schedule of          Subtotal          423,786.52
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc. _____ ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1345

Glantz Design
2748 Garrison Ave
Evanston, IL 60201 | | - | | Vendor | | | | 5,078.85 |
| Account No.

Glantz Design
2748 Garrison Ave
Evanston, IL 60201 | | - | | Vendor | | | | Unknown |
| Account No.

Heather Folts
4631 SW Orchid Circle
Corvallis, OR 97330 | | - | | Passenger | | | | 2,602.63 |
| Account No.

Iyad Nasir, CPA
7321 W 87th Street
Bridgeview, IL 60455 | | - | | Accounting Services rendered to close business- amount TBD | | | | Unknown |
| Account No.

John Symons
3525 Bradley Lane
Chevy Chase, MD 20815 | | - | | Passenger | | | | 794.56 |

Sheet no.  5  of  10  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,476.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc.                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Passenger | | | | | |
| Jon Marhenke 6937 Knollcreek Dr Indianapolis, IN 46256 | - | | | | | | | 414.78 |
| Account No. | | | Passenger | | | | | |
| Joseph & Katherine Wasserman 4601 5th Ave Apt 426 Pittsburgh, PA 15213 | - | | | | | | | 1,393.12 |
| Account No. | | | Passenger | | | | | |
| Kathryn Campbell PO Box 121743 Nashville, TN 37212 | - | | | | | | | 3,054.56 |
| Account No. | | | Passenger | | | | | |
| Kenneth & Sheila Frahm PO Box 849 Colby, KS 67701 | - | | | | | | | 9,757.80 |
| Account No. | | | Passenger | | | | | |
| Lee Agree 2 Hamilton Rd Apt 1M Morristown, NJ 07960 | - | | | | | | | 176.56 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,796.82

B6F (Official Form 6F) (12/07) - Cont.

In re      Symphonic Voyages Inc.                                              ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Passenger | | | | |
| Lois Lehrman 2146 W Isabella Ave Unit 105 Mesa, AZ 85202 | | - | | | | | | | 356.56 |
| Account No. | | | | | Vendor | | | | |
| Luck's Music Library PO Box 71397 32300 Edward Madison Heights, MI 48071 | | - | | | | | | | 25.00 |
| Account No. | | | | | Passenger | | | | |
| Maria Silvia Ribeiro do Valle Avenida dos Alecrins 77 Carapicuiba Sao Paulo 06364-510 Brazil | | - | | | | | | | 11,319.68 |
| Account No. | | | | | Passenger | | | | |
| Mary & Joseph Baldo 2615 Aster Road Port Republic, MD 20676 | | - | | | | | | | 1,193.12 |
| Account No. 2-000 | | | | | Vendor | | | | |
| Minnesota Public Radio PO Box 70870 Saint Paul, MN 55170 | | - | | | | | | | 5,145.00 |

Sheet no. _7_ of _10_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          18,039.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc.                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Passenger | | | | |
| Muriel Jones 4785 Black bear Drive Traverse City, MI 49685 | | - | | | | | | 54.78 |
| Account No. | | | | Passenger | | | | |
| Nail Yucel 12500 Park Potomac Ave Unit 807-S Potomac, MD 20854 | | - | | | | | | 4,538.12 |
| Account No. | | | | Passenger | | | | |
| Nancy Baillies 3928 Finch Trail De Forest, WI 53532 | | - | | | | | | 956.56 |
| Account No. | | | | Passenger | | | | |
| Norman Malone 5200 S Ellis Unit 509 Chicago, IL 60615 | | - | | | | | | 1,934.56 |
| Account No. | | | | Vendor | | | | |
| Opus 3 Artists 470 Park Ave South 9th Floor North New York, NY 10016 | | - | | | | | | 4,500.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     11,984.02

B6F (Official Form 6F) (12/07) - Cont.

In re    Symphonic Voyages Inc.    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Passenger | | | | |
| Ralph Stalder 64180 No 703 Trail Salem, NE 68433 | - | | | | | | | 2,262.63 |
| **Account No.** | | | | Passenger | | | | |
| Richard & Carol Chatelain 7732 Tomahawk Rd Prairie Village, KS 66208 | - | | | | | | | 2,513.12 |
| **Account No.** | | | | Vendor | | | | |
| Sandra Elm Management 161 W 54th St New York, NY 10019 | - | | | | | | | 5,000.00 |
| **Account No.** | | | | | X | X | | |
| Travelex 2121 North 117th Avenue Suite 300 Omaha, NE 68164 | - | | | | | | | Unknown |
| **Account No.** | | | | Passenger | | | | |
| William and April Jennings 19 Briar Hill Rd Feeding Hills, MA 01030 | - | | | | | | | 970.00 |

Sheet no. _9_ of _10_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,745.75

B6F (Official Form 6F) (12/07) - Cont.

In re     Symphonic Voyages Inc.                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7400  WTTW 11/98.7 WFMT 5400 North St. Louis Ave Chicago, IL 60625 | - | | | Vendor | | | | 1,750.00 |
| Account No. 4130  WTTW 11/98.7 WFMT 5400 North St. Louis Ave Chicago, IL 60625 | - | | | Vendor | | | | 2,100.00 |
| Account No. 4193  WTTW 11/98.7 WFMT 5400 North St. Louis Ave Chicago, IL 60625 | - | | | Vendor | | | | 1,400.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,250.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 770,394.96 |

B6G (Official Form 6G) (12/07)

.

In re    Symphonic Voyages Inc. _____,   Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| American International Artists<br>356 Pine Valley Rd<br>Hoosick Falls, NY 12090 | Artist Engagement Contracts (2)<br><br>Expires 2/3/12 |
| Celebrity Cruises<br>1050 Caribbean Way<br>Miami, FL 33132 | Travel Partner Contract- Group 520105 and Group 540560<br><br>Expires 2/3/12 |
| Courtyard by Marriott Airport South<br>1201 NW Le Jeune Road<br>Miami, FL 33126 | Group Sales Agreement<br><br>Expires 2/3/12 |
| Opus 3 Artists<br>470 Park Ave South<br>9th Floor North<br>New York, NY 10016 | Artist Engagement Contract<br><br>Expires 2/3/12 |
| Sandra Elm Management<br>161 W 54th St<br>New York, NY 10019 | Artist Engagement Contract<br><br>Expires 2/3/12 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Symphonic Voyages Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Symphonic Voyages Inc.                                                            Case No.
                                                        Debtor(s)            Chapter        7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    32    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    December 29, 2011                            Signature    /s/ Eric Stassen
                                                                  Eric Stassen
                                                                  President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Symphonic Voyages Inc.                                                    Case No.

                                                        Debtor(s)        Chapter        7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-40,239.00 | 2010: Debtor Business Income |
| $-62,734.00 | 2009: Debtor Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

2

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Chase Business Visa Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | 10/06; 10/29; 12/5 | $22,495.51 | $12,695.85 |
| Glantz Design 2748 Garrison Ave Evanston, IL 60201 | 12/5 | $3,331.01 | $9,269.75 |
| Celebrity Cruises 1050 Caribbean Way Miami, FL 33132 | 11/9 *amount owed is TBD | $35,600.00 | $0.00 |
| Cascade Communications | 11/8 | $1,500.00 | $0.00 |
| Classical South Florida 330 SW Second St Suite 207 Fort Lauderdale, FL 33331 | 10/17 | $1,530.00 | $7,430.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alayne Stassen N. 4433 350th Street Menomonie, WI 54751   mother | 7/15/11 | $800.00 | $199,200.00 |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Delaware Symphony Orchestra | none | 1/20/11 | $200 |
| Plainfield Symphony | none | 12/30/10 | $200 |
| Whitney Young High School | none | 12/27/10 | $100 |

4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Wilmington Symphony Orchestra | none | 12/27/10 | $100 |
| Towsen University | none | 12/27/10 | $100 |
| Waterford Foundation | none | 12/27/10 | $100 |
| WFMT | none | 12/27/10 | $200 |
| Nova Philharmonic | none | 12/27/10 | $200 |
| REC Music Foundation | none | 12/27/10 | $100 |
| Rhode Island Philharmonic | none | 12/27/10 | $400 |
| National Symphony Orchestra | none | 12/27/10 | $400 |
| New Jersey Symphony Orchestra | none | 12/27/10 | $400 |
| North Carolina Symphony Orchestra | none | 12/27/10 | $200 |
| Hyde park Jazz Society | none | 12/27/10 | $100 |
| Indianapolis Symphony Orchestra | none | 12/27/10 | $400 |
| Kansas City Symphony Orchestra | none | 12/27/10 | $200 |
| Chicago Philharmonic | none | 12/27/10 | $200 |
| Chicago Sinfonietta | none | 12/27/10 | $100 |
| Claremont Symphony | none | 12/27/10 | $200 |
| Baltimore Symphony Orchestra | none | 12/27/10 | $5000 |
| Charleston Symphony Orchestra | none | 12/27/10 | $200 |
| Charlottesville Symphony Orchestra | none | 12/27/10 | $200 |
| Albany Pro Musica | none | 12/27/10 | $200 |
| Annapolis Opera | none | 12/27/10 | $200 |
| Annapolis Symphony Orchestra | none | 12/27/10 | $400 |

**8.  Losses**

None
☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | | $6500 plus filing fees |

**10.  Other transfers**

None
☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☐  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☑ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

## 18 . Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Symphonic Voyages Inc. | 26-4184632 | 600 S Dearborn #1012 Chicago, IL 60605 | Travel/Tour Operator | 2/6/09- present |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Eric Stassen 600 S Dearborn #1012 Chicago, IL 60605 | 2/09-present |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Iyad Nasir, CPA | 1/10-present |
| 7321 W 87th Street | |
| Bridgeview, IL 60455 | |

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Eric Stassen | 600 S Dearborn #1012 |
| Records available via hardcopy and Quickbooks online | Chicago, IL 60605 |

None
☐      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Chase | 11/25/11 |
| Dairy State Bank | 12/6/11 |
| Rapid Capital Financing | 10/13/11 |
| American Stimulus Funding | 11/17/11 |
| Paramount Morehart Funding | 11/7/11 |

### 20. Inventories

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Eric Stassen | President | 100% |
| 600 S Dearborn #1012 | | |
| Chicago, IL 60605 | | |

---

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
■     an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  December 29, 2011                    Signature  /s/ Eric Stassen
                                                        Eric Stassen
                                                        President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Symphonic Voyages Inc. _____   Case No. _____
                                        Debtor(s)                Chapter   7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 6,500.00 |
| Prior to the filing of this statement I have received | $ | 6,500.00 |
| Balance Due | $ | 0.00 |

2.   $  306.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   December 29, 2011 _____        /s/ Gina B. Krol _____
                                                     Gina B. Krol 6187642
                                                     Cohen & Krol
                                                     105 West Madison Street
                                                     Suite 1100
                                                     Chicago, IL 60602-4600
                                                     312.368.0300   Fax: 312.368.4559

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   Symphonic Voyages Inc.            Case No. _____

                                     Debtor(s)     Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 117

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   December 29, 2011 _____       /s/ Eric Stassen _____
                                      Eric Stassen/President
                                      Signer/Title

Alayne Stassen
N. 4433 350th Street
Menomonie, WI 54751

Albert & Janet Vidovich
5 Caruso Road
Rockaway, NJ 07866

Albert & Janet Vidovich
5 Caruso Road
Rockaway, NJ 07866

American International Artists
356 Pine Valley Rd
Hoosick Falls, NY 12090

American International Artists
356 Pine Valley Rd
Hoosick Falls, NY 12090

American International Artists
356 Pine Valley Rd
Hoosick Falls, NY 12090

Art & Kathy Lewandowski
845 S. Chatham Ave.
Elmhurst, IL 60126

Art & Kathy Lewandowski
845 S Chatham Ave
Elmhurst, IL 60126

Art & Kathy Lewandowski
845 S Chatham Ave
Elmhurst, IL 60126

Audrey Melkin
310 Lexington Ave
Apt 8B
New York, NY 10016

Audrey Melkin
310 Lexington Ave
Apt 8B
New York, NY 10016

Beatrice & Michael Sklarewitz
4025 Canario
Unit 241
Carlsbad, CA 92008


Beatrice Gottlieb
501 W 123rd St #10H
New York, NY 10027


Beatrice Gottlieb
501 W 123rd St #10H
New York, NY 10027


Beatrice Young & Duane Barnes
520 W Huron St #419
Chicago, IL 60654


Beatrice Young & Duane Barnes
520 W Huron St #419
Chicago, IL 60654


Beverly Schmidt
1220 Indian Trail
Hinsdale, IL 60521


Bobbie Newton
Vacation Travel Expert
16 N Franklin St Ste 302
Doylestown, PA 18901


Boosey & Hawkes, Inc.
601 W 26th Street
Suite 312
New York, NY 10001


Carol Miller
6601 S Chickahauk Tri
Middleton, WI 53562


Carol Miller
6601 S Chickahauk Tri
Middleton, WI 53562

Cecilia Cloughly & Frank Stott
4305 Piedmont Mesa
Claremont, CA 91711


Cecilia Cloughly & Frank Stott
4305 Piedmont Mesa
Claremont, CA 91711


Celebrity Cruises
1050 Caribbean Way
Miami, FL 33132


Celebrity Cruises
1050 Caribbean Way
Miami, FL 33132


Chase Business Visa
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Cindy Fisher
UniWorld Sanburn Travel
223 Contradt Ave
Kokomo, IN 46901


Cindy Fisher
UniWorld Sanburn Travel
223 Conradt Ave
Kokomo, IN 46901


Classical South Florida
330 SW Second St
Suite 207
Fort Lauderdale, FL 33331


Connie & Edith Bernardi
1117 MacArthur Blvd.
Munster, IN 46321


Connie & Edith Bernardi
1117 MacArthur Blvd.
Munster, IN 46321

Courtyard by Marriott Airport South
1201 NW Le Jeune Road
Miami, FL 33126

Courtyard by Marriott Airport South
1201 NW Le Jeune Road
Miami, FL 33126

David & Mona Swinehart
1105 E Southway Blvd
Kokomo, IN 46902

Donald Neville
2413 Lombard St
Philadelphia, PA 19146

Donald Neville
2413 Lombard St
Philadelphia, PA 19146

Edith Cord
6167 Llanfair Dr
Columbia, MD 21044

Edith Cord
6167 Llanfair Dr
Columbia, MD 21044

Eleanor & Douglas Wille
2006 Ashbrook Ct
Leland, NC 28451

Eleanor & Douglas Wille
2006 Ashbrook Ct
Leland, NC 28451

Elizabeth Hendrix
829 Green Manor Cir
Melbourne, FL 32904

Eric Stassen
600 S Dearborn #1012
Chicago, IL 60605

Estelle Franklin
620 Whitingham Drive
Silver Spring, MD 20904


Estelle Franklin
620 Whitingham Drive
Silver Spring, MD 20904


Eugenia Ware
230 Mellen St.
Holliston, MA 01746


Eugenia Ware
230 Mellen St.
Holliston, MA 01746


Glantz Design
2748 Garrison Ave
Evanston, IL 60201


Glantz Design
2748 Garrison Ave
Evanston, IL 60201


Glantz Design
2748 Garrison Ave
Evanston, IL 60201


Heather Folts
4631 SW Orchid Circle
Corvallis, OR 97330


Heather Folts
4631 SW Orchid Circle
Corvallis, OR 97330


Ione & Sidney Moran
18 Hudson Circle
Houston, TX 77024


Iyad Nasir, CPA
7321 W 87th Street
Bridgeview, IL 60455

Joel Horwich
PO Box 1490
Belmont, NC 28012


John Symons
3525 Bradley Lane
Chevy Chase, MD 20815


John Symons
3525 Bradley Lane
Chevy Chase, MD 20815


Jon Marhenke
6937 Knollcreek Dr
Indianapolis, IN 46256


Jon Marhenke
6937 Knollcreek Dr
Indianapolis, IN 46256


Joseph & Katherine Wasserman
4601 5th Ave Apt 426
Pittsburgh, PA 15213


Joseph & Katherine Wasserman
4601 5th Ave Apt 426
Pittsburgh, PA 15213


Joyce & Paul D'Angelo
2123 Laurel Oak Way
Leland, NC 28451


Judith & Norman Altenhoff
4619 Overlook Dr NE
Saint Petersburg, FL 33703


Judith Dever
444 W 43rd Pl
Chicago, IL 60609


Katherine & Edwin Pearson
18 Fort Pond Road
Acton, MA 01720

```
Kathryn Campbell
PO Box 121743
Nashville, TN 37212


Kathryn Campbell
PO Box 121743
Nashville, TN 37212


Kenneth & Sheila Frahm
PO Box 849
Colby, KS 67701


Kenneth & Sheila Frahm
PO Box 849
Colby, KS 67701


Lee Agree
2 Hamilton Rd Apt 1M
Morristown, NJ 07960


Lee Agree
2 Hamilton Rd Apt 1M
Morristown, NJ 07960


Lois & Howard Redmond
10402 N Middleton Dr #19
Spokane, WA 99218


Lois Lehrman
2146 W Isabella Ave
Unit 105
Mesa, AZ 85202


Lois Lehrman
2146 W Isabella Ave
Unit 105
Mesa, AZ 85202


Luck's Music Library
PO Box 71397
32300 Edward
Madison Heights, MI 48071
```

Maria Silvia Ribeiro do Valle
Avenida dos Alecrins
77 Carapicuiba Sao Paulo 06364-510
Brazil


Maria Silvia Ribeiro do Valle
Avenida dos Alecrins
77 Carapicuiba Sao Paulo 06364-510
Brazil


Marilyn Wallin
3 Apple Ridge
Unit 6
Maynard, MA 01754


Mary & Joseph Baldo
2615 Aster Road
Port Republic, MD 20676


Mary & Joseph Baldo
2615 Aster Road
Port Republic, MD 20676


Mary Marguerite Hopkins
5819 Ruatan St.
College Park, MD 20740


Michael & Roberta Ellman
622 Maple St
Wilmette, IL 60091


Minnesota Public Radio
PO Box 70870
Saint Paul, MN 55170


Muriel Jones
4785 Black bear Drive
Traverse City, MI 49685


Muriel Jones
4785 Black bear Drive
Traverse City, MI 49685

```
Nail Yucel
12500 Park Potomac Ave
Unit 807-S
Potomac, MD 20854


Nail Yucel
12500 Park Potomac Ave
Unit 807-S
Potomac, MD 20854


Nancy Baillies
3928 Finch Trail
De Forest, WI 53532


Nancy Baillies
3928 Finch Trail
De Forest, WI 53532


Nancy Thiele
1832 Hart St.
Dyer, IN 46311


Nancy Thiele
1832 Hart St.
Dyer, IN 46311


Norman Malone
5200 S Ellis
Unit 509
Chicago, IL 60615


Norman Malone
5200 S Ellis
Unit 509
Chicago, IL 60615


Opus 3 Artists
470 Park Ave South
9th Floor North
New York, NY 10016


Opus 3 Artists
470 Park Ave South
9th Floor North
New York, NY 10016
```

Ralph Stalder
64180 No 703 Trail
Salem, NE 68433


Ralph Stalder
64180 No 703 Trail
Salem, NE 68433


Richard & Carol Chatelain
7732 Tomahawk Rd
Prairie Village, KS 66208


Richard & Carol Chatelain
7732 Tomahawk Rd
Prairie Village, KS 66208


Robert & Edih Zinn
3400 Bissonnet
Suite 250
Houston, TX 77005


Robert & Marlene Wilson
12699 Road 40.5
Mancos, CO 81328


Robert & Mary Oie
522 Long Branch Ct
Kokomo, IN 46901


Ronald & Bettye Ronning
704 Thye Court
Northfield, MN 55057


Rusty Pickett
Shellback Cruises
2131 Westrivers Dr
Charleston, SC 29412


Rusty Pickett
Shellback Cruises
2131 Westrivers Dr
Charleston, SC 29412

Sandra & Steven Cotlar
7 Maple Lane
Doylestown, PA 18901


Sandra Elm Management
161 W 54th St
New York, NY 10019


Sandra Elm Management
161 W 54th St
New York, NY 10019


Travelex
2121 North 117th Avenue
Suite 300
Omaha, NE 68164


Venka
Teel's Travel Planners
728 NW Kings Blvd
Corvallis, OR 97330


Venka
Teel's Travel Planners
728 NW Kings Blvd
Corvallis, OR 97330


Wendy Lindboe
10711 Larch Drive
Glenn Dale, MD 20769


William & Nancy Child
301 7th St W Unit 2104
Northfield, MN 55057


William and April Jennings
19 Briar Hill Rd
Feeding Hills, MA 01030


William and April Jennings
19 Briar Hill Rd
Feeding Hills, MA 01030

```
WTTW 11/98.7 WFMT
5400 North St. Louis Ave
Chicago, IL 60625


WTTW 11/98.7 WFMT
5400 North St. Louis Ave
Chicago, IL 60625


WTTW 11/98.7 WFMT
5400 North St. Louis Ave
Chicago, IL 60625
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Symphonic Voyages Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Symphonic Voyages Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 29, 2011

Date

/s/ Gina B. Krol

Gina B. Krol 6187642
Signature of Attorney or Litigant
Counsel for   Symphonic Voyages Inc.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559